UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| HAKEEM MATEEN NAJEE RASHEED, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-0246-G |
| DAVID BERKEBILE, WARDEN, FCI, | ) | |
| SEAGOVILLE, | ) | **ECF** |
| | ) | |
| Respondent. | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the findings of the court.

**SO ORDERED**.

April 29, 2008.

_____
**A. JOE FISH**
**Senior United States District Judge**